**Paul E. McCOLLUM, Sr., Plaintiff,**

v.

**The UNITED STATES, Defendant.**

**No. 346–82C.**

United States Claims Court.

April 18, 1985.

Paul L. Waldron, Washington, D.C., for plaintiff; Daniel J. Donohue; F. Gregory McKenna; and Hudson, Creyke, Koehler & Tacke, Washington, D.C., of counsel.

Michael A. Gordon, Washington, D.C., with whom was Acting Asst. Atty. Gen. Richard K. Willard, Washington, D.C., for defendant.

**ORDER**

MAYER, Judge.

Upon consideration of plaintiff's motion to amend order in light of *J.F. Shea Co. v. United States,* 754 F.2d 338 (Fed.Cir.1985), and defendant's statement that *Shea* is controlling on the question of whether interest should be paid by the government at a variable or fixed rate in this case, it is **ORDERED** that the motion is **GRANTED,** and that part of the opinion and order captioned *Fixed Rate of Interest,* 6 Cl.Ct. 373, 375–77, is **VACATED.** It is **FURTHER ORDERED** that the rate of interest payable to plaintiff shall vary with the rates established at six month intervals by the Secretary of the Treasury pursuant to Pub.L. No. 92–41 throughout the period of accrual. In all other respects the order of October 4, 1984, remanding the case to the Armed Services Board of Contract Appeals remains the same.